# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00465-CR

**Texas Bonding Company, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
NO. 14-0225-C368, HONORABLE RICK J. KENNON, JUDGE PRESIDING**

## NO. 03-14-00471-CR

**Texas Bonding Company, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
NO. 14-0232-C277, HONORABLE RICK J. KENNON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Counsel for appellant Texas Bonding Company and counsel for appellee The State of Texas have notified this Court that they no longer wish to pursue these appeals and have filed a "Joint Motion to Dismiss" in each appeal, requesting that we set aside the trial court's judgment

without regard to the merits and remand the cause to the trial court for rendition of judgment in accordance with the parties' Rule 11 settlement agreement.

We grant the requested relief in both motions, vacate the judgments without reference to the merits, and remand these causes to the trial court for rendition of judgments in accordance with the parties' Rule 11 settlement agreement filed in each cause. *See* Tex. R. App. P. 42.1(a)(2)(B).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Vacated and Remanded on Joint Motion

Filed:   October 1, 2014

Do Not Publish